```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0257--CV (JKS)
          "HOMERO ZARCO-FLORES V TRIDENT SEAFOODS INC ET"

        Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 11/04/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (340) Marine
                   PERSONAL INJURY TO JONES ACT SEAMAN
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 11/04/05 receipt # 00126974
         Trial by:
```

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1    ZARCO-FLORES, HOMERO | Michael J. Patterson<br>Law Office of M.J. Patterson<br>810 W. 2nd Avenue<br>Anchorage, AK 99501<br>907-276-7966<br>FAX 907-276-0479<br><br>Heather Leigh Gardner<br>Law Office of M. J. Patterson<br>810 W. 2nd Avenue<br>Anchorage, AK 99501<br>907-276-7966<br>FAX 907-276-0479 |
| DEF 1.1    TRIDENT SEAFOODS INC | Michael A. Barcott<br>Holmes Weddle et al<br>First Interstate Center<br>999 3rd Avenue, Suite 2600<br>Seattle, WA 98104<br>206-292-8008 |
| DEF 2.1    NORQUEST SEAFOODS INC | Michael A. Barcott<br>(see above) |
| DEF 3.1    ALEUTIAN FALCON, VESSEL | Michael A. Barcott<br>(see above) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0257--CV (JKS)
                     "HOMERO ZARCO-FLORES V TRIDENT SEAFOODS INC ET"

                                  For all filing dates


    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 11/04/05
            Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (340) Marine
                     PERSONAL INJURY TO JONES ACT SEAMAN
             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $250.00 on 11/04/05 receipt # 00126974
           Trial by:


 Document #   Filed     Docket text

     1 -  1  11/04/05   Complaint filed; Summons issued.

     2 -  1  11/22/05   DEF 1-3 Attorney Appearance of Michael Barcott.

     3 -  1  11/22/05   DEF 1-3 Answer to Complaint.

     4 -  1  11/23/05   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/in 28 days from svc of this ord. cc: cnsl

     5 -  1  11/29/05   PLF 1 Return of Service Executed on 11/14/05 re D1,2.
```