FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 30  PM 4: 09

Heather Gardner, Esq.
Michael J. Patterson, Esq.
810 W. Second Avenue
Anchorage, Alaska 99501

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| HOMERO ZARCO FLORES | ) | |
| | ) | |
| Plaintiff(s) | ) | Case No    A02-0257 CV (JKS) |
| | ) | |
| vs | ) | |
| | ) | |
| TRIDENT SEAFOODS, INC., et al. | ) | |
| | ) | |
| Defendant(s) | ) | SCHEDULING AND PLANNING |
| | ) | CONFERENCE REPORT |

1.     **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on (*insert date*) and was attended by:

HEATHER L. GARDNER    attorney for plaintiff HOMERO ZARCO-FLORES

MICHAEL A. BARCOTT    attorney for defendant TRIDENT SEAFOODS, INC., et al

The parties recommend the following:

2.     **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

_____    have been exchanged by the parties

_X_    will be exchanged by the parties by December 18, 2005.



Proposed changes to disclosure requirements:  (*Insert proposed changes, if any*)

Preliminary witness lists

_____ have been exchanged by the parties

__x__ will be exchanged by the parties by January 30, 2006.

3.    **Contested Issues of Fact and Law**.   Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Liability, Damages, Comparative negligence

4.    **Discovery Plan**.  The parties jointly propose to the court the following discovery plan.

A. Discovery will be needed on the following issues:

Liability, comparative negligence

B. All discovery commenced in time to be completed by June 15, 2006. ("discovery close date").

C.  Limitations on Discovery.

1.    Interrogatories

__X__  No change from F.R.Civ.P. 33(a)

_____  Maximum of _____ by each party to any other party.

Responses due in _____ days.

2.    Requests for Admissions.

__X__  No change from F.R.Civ.P. 36(a).

_____  Maximum of _____ requests.

Responses due in _____ days.

3.    Depositions.

__X__  No change from F.R.Civ.P. 36(a), (d).

_____ Maximum of _____ depositions by each party.

Depositions not to exceed _____ hours unless agreed to by all parties.

D.    Reports from retained experts.

_____ Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

X    Reports due:

From plaintiff  MARCH 30,2006        From defendant APRIL 15, 2006

E.    Supplementation of disclosures and discovery responses are to be made:

X    Periodically at 60-day intervals from the entry of scheduling and planning order.

_____ As new information is acquired, but not later than 60 days before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

X    45 days prior to the close of discovery.

_____ Not later than (*insert date*)

5.    **Pretrial Motions**.

X    No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

_____ Motions to amend pleadings or add parties to be filed not later than (*insert date*).

X    Motions under the discovery rules must be filed not later than JULY 1, 2006

X    Motions in limine and dispositive motions must be filed not later than JULY 1, 2006.

SCHEDULING & PLANNING CONFERENCE REPORT    3

online printout left this
page blank.

SCHEDULING & PLANNING CONFERENCE REPORT   4

6. **Other Provisions**:

    A.   <u>X</u>  The parties do not request a conference with the court before the entry of the scheduling order.

        <u>   </u>  The parties request a scheduling conference with the court on the following issue(s):

         *(Insert issues on which a conference is requested)*

    B.   Alternative Dispute Resolution.  [D.Ak. LR 16.2]

        <u>   </u>  This matter is not considered a candidate for court-annexed alternative dispute resolution.

        <u>X</u>  The parties will file a request for alternative dispute resolution not later than MAY 5, 2006.

        <u>   </u>  Mediation    <u>   </u>  Early Neutral Evaluation

    C.   The parties  <u>   </u>  do  <u>X</u>  not consent to trial before a magistrate judge.

    D.   Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

        <u>X</u>  All parties will/have         Compliance not required by any party

        <u>   </u>  complied        <u>   </u>

7. **Trial**.

    A.   The matter will be ready for trial:

        <u>   </u>  45 days after the discovery close date.

        <u>X</u>  not later than SEPTEMBER 1, 2006.

    B.   This matter is expected to take  <u>3</u>  days to try.

    C.   Jury Demanded  <u>   </u>  Yes  <u>X</u> No

        Right to jury trial disputed?  <u>   </u>  Yes  <u>   </u>  No

Dated:  December <u>28</u>, 2005.

LAW OFFICE OF
MICHAEL J. PATTERSON

Heather L. Gardner, Esq.

Michael J. Patterson, Esq.


HOLMES WEDDLE & BARCOTT

Michael Barcott, Esq.