Michael A. Barcott
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Phone: (206) 292-8008
Fax: (206) 340-0289
Email: mbarcott@hwb-law.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HOMERO ZARCO-FLORES,<br><br>Plaintiff,<br><br>v.<br><br>TRIDENT SEAFOODS, INC., NORQUEST SEAFOODS INC., and THE ALEUTIAN FALCON, *IN REM*,<br><br>Defendants. | Case No. 3:05-CV-0257 (TMB) |

**STIPULATION FOR DISMISSAL**

COME NOW the parties pursuant to Rule 41(a)(1) and agree and stipulate that this matter has been settled and may be dismissed with prejudice, each party to bear its own fees and costs. The parties to this stipulation agree that the Court may retain jurisdiction to enforce the terms of the settlement should such action be necessary.

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

RESPECTFULLY SUBMITTED this 20th day of March, 2006.

HOLMES WEDDLE & BARCOTT

Michael A. Barcott, ASBA #7705005
Attorney for Defendants
999 Third Avenue, Suite 2600
Seattle, WA 98104
Phone: (206) 292-8008
Fax: (206) 340-0289
Email: mbarcott@hwb-law.com

LAW OFFICE OF
MICHAEL J. PATTERSON

Heather L. Gardner, ASBA #
Michael J. Patterson, ASBA # 7806051
Attorney for Plaintiff
810 W. 2nd Avenue
Anchorage, AK 99501